UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

No. 4:10-M-1054-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MARCUS L. J. HARDEN | ) | |

The Government's motion is hereby granted. The case is dismissed.

SO ORDERED. This the 21st day of July 2010.

_____
LOUISE W. FLANAGAN
Chief U.S. District Court Judge